1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

**WESTERN DIVISION**

11

DEBBIE J. ELLIOTT,                    )          Case No. CV 08-07142 JSL (AJW)
                                      )
12        Plaintiff,                  )
                                      )          ORDER ADOPTING REPORT
13     v.                             )          AND RECOMMENDATION OF
                                      )          MAGISTRATE JUDGE
14  MICHAEL J. ASTRUE,                )
    Commissioner of Social Security,  )
15                                    )
        Defendant.                    )
16  _____  )

17

18     Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this

19  action, and the attached Amended Report and Recommendation of Magistrate Judge

20  ("Report").   No objections to the Report have been filed within the time allowed.  Good

21  cause appearing, the Court concurs with and adopts the findings of fact, conclusions of law,

22  and recommendations contained in the Report.

23     **IT IS SO ORDERED**.

24

25  DATED:  Jan 13, 2010

26                                    _____
                                      J. SPENCER LETTS
27                                    Senior United States District Judge

28