UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DEBBIE J. ELLIOTT, ) | |
| ) | |
| Plaintiff, ) | No. CV08-07142 JSL (AJW) |
| ) | |
| v. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | J U D G M E N T |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**IT IS ADJUDGED** that this action is dismissed for lack of subject matter jurisdiction.

DATED: Jan. 13, 2010

_____
J. SPENCER LETTS
Senior United States District Judge